August 29, 2008

Mr. Sidney H. Davis Jr.
Touchstone Bernays Johnston Beall & Smith, LLP
4700 Renaissance Tower
1201 Elm St.
Dallas, TX 75270
Mr. Charles L. Perry
Andrews & Kurth, L.L.P.
1717 Main Street, Suite 3700
Dallas, TX 75201

RE: Case Number: 07-0140
 Court of Appeals Number: 05-04-01641-CV
 Trial Court Number: 02-05001-C

Style: TRINITY UNIVERSAL INSURANCE COMPANY
 v.
 CELLULAR ONE GROUP

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jim |
| |Hamlin |
| |Ms. Lisa Matz|